UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PHILLIPS 66 COMPANY,

    Plaintiff,

  v.

GYEONG JUNG,

    Defendant.

Case No. 14-cv-02027-JCS   (KAW)

AMENDED ORDER REGARDING FURTHER SETTLEMENT CONFERENCE

On October 20, 2014, the parties participated in a settlement conference in which the case did not settle. A further telephonic settlement conference is scheduled for January 28, 2015 at 11:00 a.m. PST.

Accordingly, the parties shall lodge an updated statement, not to exceed five double-spaced pages, on or before January 21, 2015. The statement shall contain each party's current settlement position, as well as any new developments in the case. Additionally, the statement shall contain a direct dial number that the Court will use during the pendency of the telephonic settlement conference to contact each respective party. If necessary, the parties may separately lodge an optional, confidential letter, also not to exceed five double-spaced pages.

On **January 28, 2015**, the Court will initiate a conference call to both parties at the scheduled time to discuss how the telephonic settlement conference will proceed.

IT IS SO ORDERED.

Dated: January 23, 2015

KANDIS A. WESTMORE
United States Magistrate Judge