1  BEIRNE, MAYNARD & PARSONS, LLP
   DARIN L. BROOKS, *Pro Hac Vice*
2  JOSEPH W. HANCE, III, *Pro Hac Vice*
   1300 Post Oak Blvd., Suite 2500
3  Houston, TX 77056
   Telephone: 713-623-0887
4  Facsimile: 713-960-1527

5  LAW OFFICES OF DAWN CEIZLER
   Dawn Ceizler, Esq. (State Bar No. 214873)
6  1990 N. California Blvd., Suite 305
   Walnut Creek, CA 94596
7  Telephone:    (925) 932-8225
   Facsimile:    (925) 226- 4849
8  dc@ceizler.com

9  Attorneys for Plaintiff
   PHILLIPS 66 COMPANY
10

11   Peter C. Lagarias (State Bar No. 77091)
     Lagarias Law Office
12   1629 Fifth Avenue
     San Rafael, California  94901-1828
13   Telephone:    415.460.0100
     Facsimile:    415.460.1099
14
     Attorney for Defendant
15   GYEONG JUNG

16

17                    IN THE UNITED STATES DISTRICT COURT
18
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
19

20

|  |  |
|---|---|
| PHILLIPS 66 COMPANY, | Case No. 14-CV-02027-J |
| Plaintiff, | **JOINT STIPULATION REQUESTING CONTINUANCE OF JANUARY 28, 2015 SETTLEMENT CONFERENCE** |
| vs. | |
| GYEONG JUNG, | **Date: January 28, 2015** |
| Defendant. | **Time: 11:00 a.m. PST** **Before: Hon. Kandis Westmore** |

26        Pursuant to Northern District Local Rule 6 and 7-12, Plaintiff Phillips 66 Company

27  ("Plaintiff"), and Defendant Gyeong Jung ("Defendant"), by and through their respective counsel

28  of record, hereby submit the following Joint Stipulation Requesting Continuance of January 28,

---

JOINT STIPULATION RE CONTINUANCE OF MSC - CASE NO. 14-cv-02027

1    2015 Settlement Conference.

2        Plaintiff and Defendant, and their respective counsel, attended a settlement conference

3    before the Honorable Kandis Westmore on October 20, 2014. Pursuant to Judge Westmore's

4    direction, the parties have worked diligently to explore the resolution of this case without the

5    necessity of a second settlement conference, which is currently set for January 28, 2015. While the

6    case has not been resolved, the parties are currently engaged in substantive negotiations aimed at

7    reaching a resolution.

8        Accordingly, to preserve judicial resources, the parties hereby jointly request the January

9    28, 2015 settlement conference be continued until February 13, 2015 at 11:00 AM. The only other

10   time modification in this case was the continuance of a prior case management conference to

11   accommodate for the January 28, 2015 settlement conference. *See* Dkt. No. 32. The parties do not

12   anticipate the continuance requested herein will have any effect on the schedule for this case, except

13   permitting the parties additional time within which they intend to resolve this case prior to the

14   requested February 13, 2015 settlement conference, rendering the same unnecessary.

15        Pursuant to Northern District Local Rule 5-1(i), the undersigned counsel for Plaintiff, and

16   the ECF filer of this joint stipulation attests that Counsel for Defendant, Peter Lagarias, concurs in

17   the filing of this document. Accordingly, his electronic signature below shall serve as his actual

18   signature.

19

20     DATED: January 27, 2015          By: _____

21                                         DAWN CEIZLER, ESQ.
                                           Attorney for Plaintiff
                                           PHILLIPS 66 COMPANY

22

23

24     DATED: January 27, 2015          By: */s/ Peter C. Lagarias*

25                                         PETER C. LAGARIAS, ESQ.
                                           Attorney for Defendant
                                           GYEONG JUNG

26

27

28

JOINT STIPULATION RE CONTINUANCE OF MSC - CASE NO. 14-cv-02027

1    ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCE OF
      JANUARY 28, 2015 SETTLEMENT CONFERENCE

2

3        The above JOINT STIPULATION REQUESTING CONTINUANCE OF

4    JANUARY 28, 2015 SETTLEMENT CONFERENCE is approved by the Court.  Accordingly, the

5    January 28, 2015 Settlement Conference is hereby continued and will be held on February 13, 2015

6    at 11:00 AM.  The February 13, 2015 settlement conference shall otherwise proceed under the

7    terms of the Court's January 23, 2015 Order (Dkt. No. 34), and the parties shall lodge an updated

8    statement pursuant to that Order's specifications by Friday, February 6, 2015.

9

10   PURSUANT TO STIPULATION, IT IS SO ORDERED.

11
     Dated:  1/28/15       _____
12                         KANDIS A. WESTMORE
                           United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28