| | |
|---|---|
| 1 | BEIRNE, MAYNARD & PARSONS, LLP |
|   | Darin L. Brooks, *Pro Hac Vice* |
| 2 | Joseph W. Hance, III, *Pro Hac Vice* |
|   | 1300 Post Oak Blvd., Suite 2500 |
| 3 | Houston, TX 77056 |
|   | Telephone: 713-623-0887 |
| 4 | Facsimile: 713-960-1527 |

LAW OFFICES OF DAWN CEIZLER
Dawn Ceizler, Esq. (State Bar No. 214873)
1990 N. California Blvd., Suite 305
Walnut Creek, CA 94596
Telephone:    (925) 932-8225
Facsimile:    (925) 226- 4849
dc@ceizler.com

Attorneys for Plaintiff
PHILLIPS 66 COMPANY


Peter C. Lagarias (State Bar No. 77091)
Lagarias Law Office
1629 Fifth Avenue
San Rafael, California  94901-1828
Telephone:    415.460.0100
Facsimile:    415.460.1099

Attorney for Defendant
GYEONG JUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIPS 66 COMPANY, | ) | Case No. 14-CV-02027-J |
|  | ) |  |
| Plaintiff, | ) | **JOINT STIPULATION OF DISMISSAL** |
|  | ) | **OF DEFENDANT GYEONG JUNG** |
| vs. | ) |  |
|  | ) |  |
| GYEONG JUNG, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Phillips 66 Company dismisses its claims in this action against Defendant Gyeong Jung without prejudice. All parties who have appeared in this case agree to the dismissal of Defendant Gyeong Jung without

1  prejudice and have signed this stipulation through their respective counsel.

2      Pursuant to Northern District Local Rule 5-1(i), the undersigned counsel for Plaintiff, and

3  the ECF filer of this joint stipulation attest that Counsel for Defendant, Peter Lagarias, concurs in

4  the filing of this document. Accordingly, his electronic signature below shall serve as his actual

5  signature.

6  DATED: March 5, 2015                  By: _____

                                                     JOSEPH W. HANCE, III, ESQ.
                                                     Attorney for Plaintiff
                                                     PHILLIPS 66 COMPANY

DATED: March 5, 2015                  By:/s/ *Peter C. Lagarias*

                                                       PETER C. LAGARIAS, ESQ.
                                                     Attorney for Defendant
                                                   GYEONG JUNG

Dated: 3/10/15

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA